# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
### Charleston Division

|  |  |
|---|---|
| VERA MIDDLETON, ) | C/A: 2:21-cv-1071-BHH-MHC |
| Plaintiff, ) |  |
| v. ) |  |
| TOWN OF MONCKS CORNER, ) | STIPULATION OF DISMISSAL OF |
| MONCKS CORNER POLICE DEPT., ) | MONCKS CORNER POLICE DEPT. |
| LEE ZAKIS, Individually, and ) |  |
| SEAN BABER, Individually, ) |  |
| Defendants. ) |  |

PURSUANT TO RULE 41(a)(1) of the Federal Rules of Civil Procedure and with the written consent of all parties involved, the Moncks Corner Police Department is hereby dismissed with prejudice from this action. Each party shall bear their own costs and fees. This dismissal does not end the case and should not impact Plaintiff's remaining state or federal claims moving forward.

Respectfully submitted this 5th day of May 2021.

THE PEPER LAW FIRM, PA

*s/ Mark A. Peper*
Mark A. Peper, Esq.
Federal ID No. 12134
Brenna D. Wiles, Esq.
Federal ID No. 13073
548 Savannah Highway
Charleston, South Carolina 29455
Telephone: 843-225-2520
Facsimile: 843-225-2554
E-Mail: mark@peperlawfirm.com
brenna@peperlawfirm.com

COUNSEL FOR PLAINTIFF

RICHARDSON, PLOWDEN, & ROBINSON, PA

*s/ Drew H. Butler*
Drew Hamilton Butler, Esq.
P.O. Box 21203
Charleston, SC 29413
Telephone: 843-805-6550
E-mail: dbutler@richardsonplowden.com

COUNSEL FOR DEFENDANT